FILED
MAY 26 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10CR00274-GT |
| Plaintiff, | (PROPOSED) ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING |
| vs. | |
| JOSE LUIS SOLANO-ORTIZ, | |
| Defendant. | |

The joint motion of the Defendant, Jose Luis Solano-Ortiz, and the Plaintiff, United States of America to continue the Sentencing currently set for May 28, 29010, at 9:00 to June 11, 2010, at 9:00 a.m. is hereby granted.

Dated: May 26, 2010

_____
GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER RE CONTINUANCE OF SENTENCING