# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE LUIS SOLANO-ORTIZ,<br><br>  Defendant. | CASE NO. 10CR00274-GT<br><br>(PROPOSED) ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING |

The joint motion of the Defendant, Jose Luis Solano-Ortiz, and the Plaintiff, United States of America to continue the Sentencing currently set for July 30, 29010, at 9:00 to August 16, 2010, at 9:00 a.m. is hereby granted.

Dated: 7-29-10

GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER RE CONTINUANCE OF SENTENCING

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notice Electronic Filed generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically file Notice of Electronic filing.

JAMIE PARKS
AUSA
jamie.parks@usdoj.gov

JANICE ROGERS-ARCHIE
USPO
Janice.rogers-archie@casp.uscourts.gov

/s/Tom Stanley
TOM STANLEY
315 w. 9TH Street, Suite 906
Los Angeles, CA 90015
SBN 45990
Tel: (818) 986-1506
Fax: (213) 683-4803
tomstanleylaw@yahoo.com

(PROPOSED) ORDER RE CONTINUANCE OF SENTENCING